UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JACKIE L. BUSH,<br>　　　Plaintiff,<br><br>V.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br>　　　Defendant. | No. 2:07-CV-257 |

**O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge, [Doc. 20]. The plaintiff has filed objections to this report. [Doc. 21].

After careful and *de novo* consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that the plaintiff's objections to the Report and Recommendation are **OVERRULED**, that the Report and Recommendation is **ADOPTED** and **APPROVED**, that the motion for summary judgment filed by the plaintiff is **DENIED**, [Doc. 13], that the motion for summary judgment filed by the defendant is **GRANTED,** [Doc. 17], and the plaintiff's complaint is **DISMISSED**.

So ordered.

ENTER:

　　　　　　　　　　　　　　　　　　　　　　　　s/J. RONNIE GREER
　　　　　　　　　　　　　　　　　　　　　UNITED　STATES　DISTRICT　JUDGE

ENTERED AS A JUDGMENT
　s/ *Patricia L. McNutt*
　　CLERK OF COURT